George A. Foster, Appellant, v. Albert G. Foster and Ferdinand E. Foster, Respondents.— Judgment affirmed, with costs. No opinion.

Leo H. Battalia, Respondent, v. Ricca & Son, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below.

Robert Hunt, Appellant, v. Jacob Racich, as Guardian ad Litem of Vincent Muessman, an Infant, Respondent.— Judgment affirmed, with costs. No opinion.

Morris Dercovitz, Appellant, v. The City of New York, Respondent.— Order affirmed, with costs. No opinion.

Susan Brady, Respondent, v. James Dempsey, Appellant, Impleaded with Central Realty Company.— Judgment affirmed, with costs. No opinion.

John J. Hayden, Appellant, v. Union Trust Company of Maryland, Respondent.— Judgment affirmed, with costs. No opinion.

Vincenzo Sammaritano, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Laughlin and Lambert, JJ., dissenting.)

Ellena Maris, Appellant, v. Mark E. Swan, Respondent.— Judgment affirmed, with costs. No opinion.

Edward Dinkelspiel, Respondent, v. New York Evening Journal Publishing Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Houghton, J., dissenting.)

Ira G. Darrin, as Receiver of the Hoagland & Robinson Company, Appellant, v. Isaac A. Hopper, Respondent.— Judgment affirmed, with costs. No opinion.

Samuel Friedman, Respondent, v. Isaac Bittker and Abraham Rosenblum, Appellants.— Judgment and order affirmed, with costs. No opinion.

State Board of Pharmacy, Respondent, v. Gardiner D. Matthews and James Matthews, Appellants.— Determination affirmed, with costs; judgment ordered for plaintiff, with costs. No opinion. (Laughlin and Houghton, JJ., dissenting.)

George Hoffmann, as Administrator, etc., of Julia Huf, Deceased, Appellant, v. North River Savings Bank, Respondent.— Judgment affirmed, with costs. No opinion.

Kate Kiernan, as Administratrix, etc., of John Kiernan, Jr., Deceased, Respondent, v. Otto M. Eidlitz and Robert J. Eidlitz, Appellants.— Judgment modified by striking out extra allowance, and as so modified judgment and order affirmed, without costs. No opinion. Settle order on notice.

Karoline Hachemeister, Respondent, v. Henry Hachemeister, Defendant, Impleaded with Elizabeth Jetter and J. Edward Jetter, Appellants.— Judgment affirmed, with costs. No opinion.

John Sweeney, Appellant, v. Edward F. O'Dwyer, Respondent.— Judgment affirmed, with costs. No opinion.

Knickerbocker Trust Company, Appellant, v. Adrian Iselin, Jr., Respondent.— Judgment affirmed, with costs. No opinion.